ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.C. MITCHELL, et al., <br><br>           Plaintiffs, <br><br>     v. <br><br> GLAXOSMITHKLINE, a Pennsylvania corporation; et al., <br><br>           Defendants. | Case No. 2:08-CV-00542-MCE-EFB <br><br> **STIPULATION AND ORDER REGARDING SUBMISSION OF JOINT STATUS REPORT** <br><br> Courtroom:  7 <br> Judge:    Hon. Morrison C. England Jr. |

WHEREAS, on May 16, 2008 at 9:00 a.m., this Court is scheduled to hear Plaintiffs' Motion to Remand and Defendants' Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 ("May 16, 2008 hearing");

WHEREAS, it is anticipated that the stay and/or jurisdictional issues will be addressed and resolved at the May 16, 2008 hearing;

WHEREAS, the Parties are to submit a joint status report by May 12, 2008, setting forth a Rule 16(f) discovery plan as well as the items listed in paragraph 4 (a)-(n) of this Court's Order Requiring Joint Status Report issued March 11, 2008 (March 11th Order);

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, resolution of the stay and/or jurisdictional issues would obviate the need for a joint status report and/or scheduling conference before this Court altogether given that upon such resolution, the case will be transferred either to state court or to MDL 1871;

WHEREAS, the Parties have made no prior requests for continuances or extensions in this matter;

WHEREAS, the Parties jointly request that this Court vacate its order requiring the submission of a joint status report by May 12, 2008, as set forth in paragraph 4 of this Court's March 11th Order;

IT IS SO STIPULATED.

Dated: May 6, 2008         DRINKER BIDDLE & REATH LLP

/S/ *Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants

Dated: May 6, 2008         PHILLIPS & ASSOCIATES

/S/ *Lowell W. Finson*
LOWELL W. FINSON

Attorneys for Plaintiffs

IT IS SO ORDERED THAT:

The requirement that the Parties submit a joint status report as set forth in paragraph 4 of this Court's March 11th Order is vacated. A joint status report is now set for August 15, 2008. The remaining provisions of the above-mentioned order remain in effect..

DATED: May 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com