ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.C. MITCHELL and MITSUKO MITCHELL, husband and wife; MARY RYON and JAMES RYON, wife and husband; CARL HOUSTON and ALICE HOUSTON, husband and wife; JOSEPH WOODS, SR. and BILLIE WOODS, husband and wife; DONALD WINTERS and KELLEY WINTERS, husband and wife; RAY STOCK, as surviving statutory beneficiary for the wrongful death of JOLENE STOCK; WILMA POLLARD, as surviving statutory beneficiary for the wrongful death of KENNETH POLLARD,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE, a Pennsylvania corporation; MCKESSON CORPORATION, a California Corporation; and DOES 1-50,<br><br>Defendants. | Case No. 2:08-CV-00542-MCE-EFB<br><br>**ORDER CONTINUING HEARING ON MOTION TO REMAND AND MOTION TO STAY** |

On Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE's ("GSK") Motion to Continue Hearing on Motion to Remand and Motion to Stay, having reviewed all of the papers and evidence filed in support thereof, and for good cause shown:

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY ORDERED THAT GSK's motion is **GRANTED**.  The Court
2 hereby continues the hearing on Plaintiffs' Motion to Remand and Defendant's Motion to
3 Stay in this matter to July 25, 2008 at 9:00 a.m.
4  **IT IS SO ORDERED.**
5 **DATED:** June 2, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400759\1

2

[PROPOSED] ORDER CONTINUING HEARING DATE            CASE NO. 2:08-CV-00542-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com