Alan J. Lazarus (State Bar No. 129767)
alan.lazarus@dbr.com
Krista L. Cosner (State Bar No. 213338)
krista.cosner@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street 20th Floor
San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
Facsimile:      (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.C. MITCHELL and MITSUKO MITCHELL, husband and wife; MARY RYON and JAMES RYON, wife and husband; CARL HOUSTON and ALICE HOUSTON, husband and wife; JOSEPH WOODS, SR. and BILLIE WOODS, husband and wife; DONALD WINTERS and KELLEY WINTERS, husband and wife; RAY STOCK, as surviving statutory beneficiary for the wrongful death of JOLENE STOCK; WILMA POLLARD, as surviving statutory beneficiary for the wrongful death of KENNETH POLLARD,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GLAXOSMITHKLINE, a Pennsylvania corporation; MCKESSON CORPORATION, a California Corporation; and DOES 1-50,<br><br>                    Defendants. | Case No.  2:08-CV-00542-MCE-EFB<br><br>**STIPULATION AND ORDER REGARDING  SUBMISSION OF JOINT STATUS REPORT**<br><br>Courtroom: 7<br>Judge:       Hon. Morrison C. England, Jr. |

WHEREAS, the Parties are to submit a joint status report setting forth a Rule 16(f) discovery plan as well as other items by August 15, 2008 as set forth in this Court's May 16, 2008 order ("May 16th Order");

///

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF JOINT STATUS REPORT
SF01/ 600452.1

CASE NO.  2:08-CV-00542-MCE-EFB

1  WHEREAS, this Court is scheduled to hear Plaintiffs' Motion to Remand and
2  Defendants' Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on
3  Multidistrict Litigation to MDL 1871 on September 17, 2008 ("September 17, 2008
4  hearing), a hearing date continued by the Court on its own motion;

5  WHEREAS, unless transfer by the Judicial Panel on Multidistrict Litigation to
6  MDL 1871 occurs beforehand, it is anticipated that the stay and/or jurisdictional issues
7  will be addressed and resolved at the September 17, 2008 hearing;

8  WHEREAS, transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871
9  or resolution of the stay and/or jurisdictional issues would obviate the need for a joint
10 status report and/or Scheduling Conference before this Court altogether given that upon
11 such resolution, the case will be transferred either to MDL 1871 or to state court;

12 WHEREAS, the Parties jointly request that this Court vacate its order requiring the
13 submission of a joint status report by August 15, 2008, as set forth in this Court's May
14 16th Order;

15 IT IS SO STIPULATED.

Dated: August 12, 2008              DRINKER BIDDLE & REATH LLP

                                    */s/ Krista L. Cosner*
                                    KRISTA L. COSNER

                                    Attorneys for Defendants

Dated: August 12, 2008              PHILLIPS & ASSOCIATES

                                    */s/ Lowell W. Finson*
                                    LOWELL W. FINSON

                                    Attorneys for Plaintiffs

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE
SUBMISSION OF JOINT STATUS REPORT
SF01/ 600452.1
- 2 -
CASE NO. 2:08-CV-00542-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED THAT:

1. The requirement that the Parties submit a joint status report by August 15, 2008, as set forth in this Court's May 16th Order is vacated until further notice. The remaining provisions of the above-mentioned order remain in effect.

2. The parties shall file a joint status report on this case by October 31, 2008.

DATED: August 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF JOINT STATUS REPORT
SF01/ 600452.1

- 3 -

CASE NO. 2:08-CV-00542-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com